# Kasia Syroishka, Appellant, v. Albert Pieniozek, Appellee.

## Gen. No. 43,286.

Heard in the third division, first district, this court at the December term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. David Freedkin, for appellant; Maxfield Weisbrod, of counsel; Brodkin & Bieber, for appellee; Irving W. Eiserman, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.